UNITED STATES GENERAL DISTRICT COURT:
EASTERN DIVISION, at RICHMOND

Item: To whom it may concern,
    I Mark Christopher Johnson am humbly requesting that two more submissions be allowed for the Court to ponder for a favorable outcome of my Petition to Confirm.
Thank You, ALL.


    IN A UNANIMOUS DECISION JANUARY 8, 2019 IN HENRY SCHEIN, INC. v. ARCHER & WHITE SALES, INC. THE UNITED STATES SUPREME COURT confirmed that the UNITED STATES is A PRO-ARBITRATION jurisdiction that will honor "PARTIES" agreements to ARBITRATE
    (NO. 17 - 1272 (U.S. Sup. Ct. Jan. 8, 2019).

Item: MY BOND REGISTERED, RE 631 106 395 US
    ON File with State Treasurer's Office
Item: I AM, signer of The Declaration of Independence
    ELECTRONIC Filing



RECEIVED
NOV 15 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Submitted,
Nov 2019
By: Johnson, Mark Christopher

⑦

# VIRGINIA LAND RECORD COVER SHEET
## FORM A – COVER SHEET CONTENT

**Instrument Date:** 11/13/2019
**Instrument Type:** OTHER
**Number of Parcels:** 0     **Number of Pages:** 8
[ ] City [X] County

LOUISA

**TAX EXEMPT?**   **VIRGINIA/FEDERAL LAW**
[ ] Grantor: .........................................................
[ ] Grantee: .........................................................
**Consideration:**    $0.00
**Existing Debt:**    $0.00
**Actual Value/Assumed:**    $0.00
*PRIOR INSTRUMENT UNDER § 58.1-803(D):*
   **Original Principal:**    $0.00
   **Fair Market Value Increase:**    $0.00

   **Original Book Number:** ..........   **Original Page Number:** ..........   **Original Instrument Number:** ........................

**Prior Recording At:** [ ] City [ ] County
.........................................   **Percentage In This Jurisdiction:** ........................

```
|||||||||||||||||||||||||||||||||||||||||
Doc ID: 003669160009 Type: OTHER
Recorded: 11/13/2019 at 03:09:00 PM
Receipt#: 2019-00006581
Fee Amt: $22.00 Page 1 of 9
Instr# 201900010027
Patty C. Madison, Louisa Clerk of Cou
Patty C. Madison Clerk of Court
File#
BK 1642 PG 505-513
```

*(Area Above Reserved For Deed Stamp Only)*

### BUSINESS / NAME
1   [ ] Grantor:   **JOHNSON, MARK**
......   [ ] Grantor:   .........................................................
1   [ ] Grantee:   **JOHNSON, MARK**
......   [ ] Grantee:   .........................................................

**GRANTEE ADDRESS**
**Name:** MARK JOHNSON
**Address:** 451 MAY LANE
**City:** LOUISA    **State:** VA    **Zip Code:** 23093
**Book Number:** ..........    **Page Number:** ..........    **Instrument Number:** ........................
**Parcel Identification Number (PIN):** ........................    **Tax Map Number:** ........................
**Short Property Description:** ..............................................................................
.................................................................................................................
**Current Property Address:**
**City:** ........................    **State:** ..........    **Zip Code:** ..........
**Instrument Prepared By:** SITCOMM ARBITRATION ASS   **Recording Paid By:** JOHNSON, MARK CHRISTOPHER
**Recording Returned To:** JOHNSON, MARK CHRISTOPHER
**Address:** 451 MAY LANE
**City:** LOUYISA    **State:** VA    **Zip Code:** 23093



Copyright © 2014 Office of the Executive Secretary, Supreme Court of Virginia. All rights reserved.

# In CONGRESS, July 4, 1776.

## The unanimous Declaration of the thirteen united States of America.

This image comes from William J. Stone's 1823 copper plate engraving produced by direct impression from the original Declaration itself.



GRANTOR: johnson, mark cristopher
GRANTEE: To whom it may concern

**REGISTERED**
RE 631 106 895 US

September 2019

# LETTER OF INDEMNITY
## and Declaration of Solvency
with
LAWFUL CONSIDERATION

Re: **Proof of financial indemnity by and through SILVER BULLION
BOND #RE631106895US as registered through the UPU.**

To all whom these presents shall come, greetings,
Please find enclosed herein the Original SILVER BULLION BOND # RE631106895US
which is held on file by the grantee/beneficiary/freeholder, a living man who is fully
solvent and known as mark christopher of the house of Johnson.
For and in lawful consideration of sum certain twenty-one dollars pre-1933 united states
of America Silver Dollars in lawful currency in hand held by and through the silver
bullion bond # RE631106895US thereof well and truly paid, tendered and returned by
grantee/beneficiary, mark christopher of the house of Johnson, a private American
national of the union states of American and privately residing on the land known as
Virginia state of the union within a non-military occupied private estate, outside a
"Federal zone" and not subject to the jurisdiction of the "United States Inc."
This Lawful Consideration fully extinguishes the inferior right of a negotiable instrument
endorsed in blank by legal fictions for full de-recognition and extinguishment of any and
all liabilities, suites, debts, cases, charges, warrants and encumbrances, all suretyship,
obligations, oaths, expressed or implied for the fully solvent parties known as "Mark
Christopher Johnson" *et al*, any individual from the House of Johnson, including but not
limited to spouse, family, posterity and/or other party/ies requiring Bonding, surety or
liability coverage, along with any/all liabilities, debts, liens, levies, charges and other
encumbrances or forbearances, but excluding assets, funds, interest escheat, legacy or
their transmutations.

by: *Johnson, Mark Christopher*

johnson, mark christopher, private American national,
Grantee/ Beneficiary    - without recourse-

## Acknowledgement

Virginia ____ state

Louisa ____ county

Acknowledged before me this 10th day of September 20 19 by johnson, mark christopher.

*Michelle B Neely*
Notary    {seal}

Commonwealth of Virginia
Michelle B Neely - Notary Public
Commission No: 7525475
My Commission Expires 03/31/21

Attached: Silver Bullion Bond Copy:
#RE631106895US

Page 1 of 1

UCC # 2019-249-2449-0