IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Mark C. Johnson,
    *Pro Se* Petitioner,

v.                                               Civil No. 3:19cv837 (DJN)

PENNYMAC LOAN SERVICES, LLC,
    Respondent.

**MOTION TO DISMISS WITH PREJUDICE FOR INSUFFICIENT SERVICE OF PROCESS**

1. This Motion is made pursuant to *Federal Rule of Civil Procedure* 12(b)(5) on the grounds of insufficiency of process in that Sitcomm Arbitration Association (Hereinafter "SAA") was never served with any of the motions and/or documents by the Respondent PennyMac Loan Services, LLC, and or any documents to include orders from this Court. Therefore, the purported service upon SAA is not valid or effective under *Federal Rule of Civil Procedure* 4 and this Court should grant this Motion to Dismiss.

2. This Motion is based upon this Motion to Dismiss with Prejudice, the attached Memorandum of Points and Authorities, the complete files and records of this action, and such other and further oral and documentary evidence as may be presented.

                                                      Brett "Eeon" Jones
                                               /s/ Sitcomm Arbitration Association